**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES – WESTERN DIVISION

| | |
|---|---|
| **DARRYL CORDERO; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**GRAVES, HUMPHRIES, STAHL, LTD., a Texas corporation; and DOES 1-200, Inclusive**<br><br>Defendant. | **Case No.:** 2:15-cv-05220-JFW (AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS PURSUANT TO FRCP 41(A)** |

Based upon the Parties' Joint Stipulation For Dismissal, and good cause, this Court hereby orders Plaintiff's individual claims be dismissed WITH PREJUDICE, and the putative class claims be dismissed WITHOUT PREJUDICE. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE